WILL OF MESSNER: MESSNER, Appellant, vs. REININGER, Respondent.

650

For the appellant: *Sachtjen & Braathen* of Madison.

For the respondent: *Francis C. Quilty,* attorney, and *W. Curtis Farmer* of counsel, both of Madison.

*By the Court.*—Judgment affirmed.